Decided July 14, 1999

ANDREW BURNHAM *v.* JOHN F. CARR, JR.

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 425 (AC 17694), is denied.

*John F. Carr, Jr.*, pro se, in support of the petition.

*Margaret Fogerty Rattigan,* in opposition.

Decided July 14, 1999